Order issued November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01544-CV

## IN RE MICHAEL LODISPOTO, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

# O R D E R

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

DOUGLAS S. LANG
JUSTICE